# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEGHENY RADIOLOGY ASSOCIATES, LTD., | : | Civil Action No. 2:17-cv-196-MPK |
| Plaintiff, | : | The Honorable Maureen P. Kelly |
| v. | : | |
| SHARON PENNSYLVANIA HOSPITAL COMPANY, LLC d/b/a SHARON REGIONAL HEALTH SYSTEM, | : | |
| Defendant. | : | ELECTRONICALLY FILED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Allegheny Radiology Associates, Ltd., and Defendant Sharon Pennsylvania Hospital Company, LLC d/b/a/ Sharon Regional Health System, by and through their undersigned counsel, file this Joint Stipulation of Dismissal with Prejudice, stating as follows:

1. The above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear its own costs.

           Respectfully submitted,

Date: August 23, 2017

| *s/ William L. Stang* | *s/ John M. Steidle* |
|---|---|
| William L. Stang, Esquire | John M. Steidle, Esquire |
| Pa. ID No. 33221 | Pa. ID No. 84404 |
| Joshua S. Snyder, Esquire | Stuart T. O'Neal III, Esquire |
| Pa. ID No. 315845 | Pa. ID No. 89097 |
| Fox Rothschild LLP | Burns White LLC |
| BNY Mellon Center | Burns White Center |
| 500 Grant Street, Suite 2500 | 48 26th Street |
| Pittsburgh, Pennsylvania 15219 | Pittsburgh, PA 15222 |
| Telephone: (412) 391-1334 | Telephone: (412) 995-3000 |
| Facsimile: (412) 391-6984 | Facsimile: (412) 995-3300 |
| wstang@foxrothschild.com | jmsteidle@burnswhite.com |
| jsnyder@foxrothschild.com | soneal@burnswhite.com |

*Counsel for Plaintiff,*
*Allegheny Radiology Associates, Ltd.*

*Counsel for Defendant,*
*Sharon Pennsylvania Hospital Company, LLC d/b/a Sharon Regional Health System*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2017, a true and correct copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users, including the below-listed Counsel for Defendant:

John M. Steidle, Esquire
Stuart T. O'Neal III, Esquire
Burns White LLC
Burns White Center
48 26th Street
Pittsburgh, PA 15222

*Counsel for Defendant,
Sharon Pennsylvania Hospital Company, LLC
d/b/a Sharon Regional Health System*

*s/ William L. Stang*
William L. Stang, Esquire